FILED: July 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1579
(0:13-cv-00464-JFA)

_____

LYNN E. SZYMONIAK, as relator on behalf of the United States of America

       Plaintiff - Appellant

and

UNITED STATES OF AMERICA

       Intervenor/Plaintiff

v.

AURORA LOAN SERVICES LLC; BANK OF AMERICA; BANC OF AMERICA MORTGAGE SECURITIES, INC.; BAYVIEW LOAN SERVICING LLC; CALIFORNIA RECONVEYANCE COMPANY; CARRINGTON MORTGAGE SERVICES; CHASE HOME FINANCE LLC; CITIMORTGAGE, INCORPORATED, f/k/a Citi Residential Lending Inc., f/k/a AMC Mortgage Services Inc.; HOMEQ SERVICING CORPORATION, d/b/a Barclays Capital Real Estate, Inc.; HSBC MORTGAGE SERVICES, INCORPORATED; LITTON LOAN SERVICING LP; BAC HOME LOANS SERVICING, LLP; NATIONWIDE TITLE CLEARING INC.; OCWEN LOAN SERVICING; ONEWEST BANK, F.S.B.; ORION FINANCIAL GROUP, INC.; SELECT PORTFOLIO SERVICES, INC.; VERICREST FINANCIAL, INCORPORATED; WELLS FARGO HOME MORTGAGE, d/b/a America's Servicing Company; LENDER PROCESSING SERVICES, INC.; DOCX LLC

      Defendants - Appellees

and

ALLY FINANCIAL INCORPORATED, f/k/a GMAC Incorporated; PROMMIS SOLUTIONS, LLC; SECURITIES CONNECTION, INC.; ACE SECURITIES CORPORATION

      Defendants

_____

O R D E R

_____

Upon consideration of stipulation of dismissal of appeal as to certain appellees, the following appellees are dismissed from the appeal: Bank of America Corp., Bank of America, N.A., Banc of America Mortgage Securities, Inc., Chase Home Finance LLC, California Reconveyance Company, CitiMortgage, Inc., and Wells Fargo Bank, N.A.

The clerk is directed to amend the caption of the case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk